# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Mario Bladimir Trejo,

    Petitioner

v.

Jeremy Bean, *et al.*,

    Respondents

Case No.: 2:26-cv-00701-JAD-BNW

**Order Granting *in Forma Pauperis* Status, Appointing Counsel, and Directing Service of Petition**

**[ECF No. 1]**

Mario Bladimir Trejo is incarcerated at Nevada's High Desert State Prison and brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254 to challenge his 2022 state-court convictions.[1]

## I.     Trejo qualifies for *in forma pauperis* status.

Trejo has filed an application to proceed *in forma pauperis*, and the court has received financial certificates showing the status of his prison accounts.[2]  The information in the application and financial certificates shows that he is unable to pay the filing fee, so I grant the application and waive payment of the fee.

## II.     Appointment of counsel is warranted.

State prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances indicate that appointed counsel is necessary to prevent a due process violation.[3]  But the court may appoint counsel at any stage of the proceedings if the interests of

---

[1] ECF No. 1-1.

[2] ECF Nos. 1, 4.

[3] *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)).

justice so require.[4]  Trejo's petition indicates that he is serving a sentence of life in prison, and it appears he may not be able to adequately litigate this action without counsel.  I therefore find that appointing counsel is in the interests of justice.  So, while Trejo has not filed a motion for appointment of counsel, I appoint counsel *sua sponte* and appoint the Federal Public Defender for the District of Nevada (FPD) to represent him.  If Trejo does not wish to have counsel appointed to represent him, he may file a motion for reconsideration of this decision to appoint counsel in the next 30 days.

### III.    The court directs service of the petition.

Having examined Trejo's petition for writ of habeas corpus as mandated by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, I determine that it merits service upon the respondents.  So I order the petition served upon the respondents and direct the respondents to appear, but I do not require any further action on their part at this time.

IT IS THEREFORE ORDERED that **Petitioner's Application to Proceed *in Forma Pauperis* [ECF No. 1] is GRANTED**.  Petitioner will not be required to pay the filing fee.

IT IS FURTHER ORDERED that **the Federal Public Defender for the District of Nevada (FPD) is appointed to represent the petitioner.**  If the FPD is unable to represent the petitioner because of a conflict of interest or for any other reason, alternate counsel will be appointed.  In either case, counsel will represent the petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.  The FPD will have 30 days from the date of this order to file a notice of appearance or to indicate to the court its inability to represent the petitioner in this case.

---

[4] *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196.

IT IS FURTHER ORDERED that petitioner may, within 30 days from the date of this order, file a motion for reconsideration of the appointment of counsel.

IT IS FURTHER ORDERED that **the Clerk of the Court is directed to**:

- **SEPARATELY FILE** the Petition for Writ of Habeas Corpus [ECF No. 1-1].

- **ELECTRONICALLY SERVE** upon the FPD a copy of this order and a copy of the Petition for Writ of Habeas Corpus [ECF No. 1-1].

- **ADD** Aaron Ford, Attorney General of the State of Nevada, as counsel for Respondents and provide Respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the Attorney General only.

IT IS FURTHER ORDERED that the respondents will have until April 24, 2026, to appear in this action, but they are not required to respond to the habeas petition at this time.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 25, 2026

3