**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mario Bladimir Trejo, | Case No.: 2:26-cv-00701-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Motion for Leave to File Second Amended Petition** |
| Jeremy Bean, *et al.*, | [ECF No. 12] |
| Respondents | |

In this habeas corpus action, Petitioner Mario Bladimir Trejo moves for leave to file a second amended petition for writ of habeas corpus.[1] Trejo explains that he filed his first amended petition as a "protective petition" to ensure that all his known claims were presented in a timely manner, but he requests leave to file a second amended petition that "would reflect counsel's thorough review of, investigation into, and research regarding this case."[2] Trejo requests 90 days to file the second amended petition.[3] Respondents did not respond to Trejo's motion and the deadline to do so has passed.

With good cause appearing, IT IS ORDERED that petitioner's motion for leave to file a second amended petition [**ECF No. 12] is GRANTED**, and **petitioner has until and including October 9, 2026**, to file a second amended petition for writ of habeas corpus.[4] In all other respects, the scheduling order entered May 5, 2026 [ECF No. 9] remains in effect.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 9, 2026

---

[1] ECF No. 12.

[2] *Id*. at 3.

[3] *Id*.

[4] In granting this motion, I make no comment about, and do not mean to affect in any way, the application of any statute of limitations to this case.