**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mario Bladimir Trejo,<br>Petitioner<br>v.<br>Jeremy Bean,<br>Respondent | Case No. 2:26-cv-00701-JAD-BNW<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 14] |

Counsel for the petitioner moves for a 60-day enlargement of time to file his second amended petition.[1] This is the petitioner's first request for an extension of this deadline, and he states that the respondent does not oppose the request.[2] With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 14] is GRANTED. Petitioner has up to and including December 8, 2026, to file his second amended petition.**

Dated: October 16, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 14.

[2] *Id.*